BEFORE: ARLENE R. LINDSAY
UNITED STATES MAGISTRATE JUDGE

DATE: Aug. 15, 2022
TIME ON: 1:15 PM.
TIME OFF: 1:30 PM

Case No. 22-MJ-864

Courtroom Deputy: Robert Imrie

Criminal Cause for INITIAL APPEARANCE/ARRAIGNMENT

Defendant: ROBERT WILSON

Present ✓    Not Present___    In Custody ✓ On Bail/Bond___

Attorney: EVAN SUGAR              Ret'd___ CJA___ FD of NY ✓

AUSA: BURTON RYAN

Interpreter: N/A

ESR Time: 1:18 – 1:30

✓ Case Called    ✓ Counsel for all sides present.

___ Order Setting Conditions of Release and Bond entered. ___ Special Conditions Apply.

✓ Order of Detention entered.

___ Temporary Order of Detention entered.

Next Court appearance scheduled for _____

Preliminary Hearing ✓ Waived; ___ Set for _____.

✓ Waiver of Speedy Indictment executed from 8/11/2022 to 9/16/2022 .

___ Defendant waives Speedy Trial from _____ to _____.

NOTES:_____

_____

_____

_____

_____

_____

_____

_____